B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**William A. Duguid Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2120704** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**601 W. Carboy Road**<br>**Mount Prospect, IL**<br>ZIP Code **60056** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:  **Chapter 11 Debtors**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **William A. Duguid Company** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **William A. Duguid Company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Chester H. Foster, Jr. ARDC#**
Signature of Attorney for Debtor(s)

**Chester H. Foster, Jr. ARDC# 03122632**
Printed Name of Attorney for Debtor(s)

**Foster, Kallen & Smith**
Firm Name

**3825 W. 192nd Street**
**Homewood, IL 60430**

_____
Address

**Email: chf@fosterkallen.com**
**708-799-6300  Fax: 708-799-6339**
Telephone Number

**December 24, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Matthew Duguid**
Signature of Authorized Individual

**Matthew Duguid**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 24, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **William A. Duguid Company**                                      Case No.
Debtor(s)                                                                Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 3 Form<br>2300 S. 2300 West<br>Salt Lake City, UT 84119 | 3 Form<br>2300 S. 2300 West<br>Salt Lake City, UT 84119<br>801-649-2500 | Trade debt | | 10,684.37 |
| C.A. Riley Electric Construction<br>911 Lee Street<br>Elk Grove Village, IL 60007 | C.A. Riley Electric Construction<br>911 Lee Street<br>Elk Grove Village, IL 60007<br>847-437-3851 | Trade debt | | 34,841.41 |
| Chicago Dist. Carpenters Trust Fd<br>P.O. Box 94432<br>Chicago, IL 60690 | Chicago Dist. Carpenters Trust Fd<br>P.O. Box 4001<br>Geneva, IL 60134-4001<br>312-787-9455 | Trade debt | | 144,496.58 |
| Chicago Paint Decorating Pension Fd<br>c/o US Bank<br>P.O. Box 809062<br>Chicago, IL 60680-9062 | Chicago Paint Decorating Pension Fd<br>c/o US Bank POB  809062<br>Chicago, IL 60680-9062<br>630-960-5572 | Trade debt | | 25,553.90 |
| Chicago Painting Decorating Welfare<br>c/o US Bank<br>P.O. Box  809062<br>Chicago, IL 60680-9062 | Chicago Painting Decorating Welfare<br>c/o US Bank P.O. Box  809062<br>Chicago, IL 60680-9062<br>630-960-5572 | Trade debt | | 22,699.48 |
| Chicago Plastering Institute<br>13472 Collections Center<br>Chicago, IL 60693 | Chicago Plastering Institute<br>13472 Collections Center<br>Chicago, IL 60693<br>708-371-3100 | Trade debt | | 13,054.32 |
| D/30 Pension Fund<br>P.O. Box 1503<br>Aurora, IL 60507 | D/30 Pension Fund<br>P.O. Box 1503<br>Aurora, IL 60507 | Trade debt | | 13,209.50 |
| D/30 Welfare Fund<br>P.O. Box 1503<br>Aurora, IL 60507-1503 | D/30 Welfare Fund<br>P.O. Box 1503<br>Aurora, IL 60507-1503 | Trade debt | | 13,665.00 |
| Grayhawk LLC<br>P.O. Box 12111<br>Lexington, KY 40580 | Grayhawk LLC<br>P.O. Box 12111<br>Lexington, KY 40580<br>859-255-0957 | Trade debt | | 64,500.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **William A. Duguid Company**                                    Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Laborers Nat Pension & Welfare Fund**<br>**P.O. Box 803415**<br>**Dallas, TX 75380-3415** | **Laborers Nat Pension & Welfare Fund**<br>**P.O. Box 803415**<br>**Dallas, TX 75380-3415**<br>**312-787-9455** | **Trade debt** | | **13,326.56** |
| **Nexgen Building Supply**<br>**P.O. Box 809341**<br>**Chicago, IL 60680-9341** | **Nexgen Building Supply**<br>**P.O. Box 809341**<br>**Chicago, IL 60680-9341**<br>**847-303-9800** | **Trade debt** | | **114,119.18** |
| **Northbrook Conntractor Supply**<br>**3925 Commercial Ave.**<br>**Northbrook, IL 60062** | **Northbrook Conntractor Supply**<br>**3925 Commercial Ave.**<br>**Northbrook, IL 60062**<br>**847-272-1290** | **Trade debt** | | **10,105.68** |
| **Olson Roofing Co.**<br>**750 S Lake Street**<br>**Aurora, IL 60507-1450** | **Olson Roofing Co.**<br>**750 S Lake Street**<br>**Aurora, IL 60507-1450**<br>**630-892-0449** | **Trade debt** | | **33,000.00** |
| **Reinke Gypsum Supply Co., Inc.**<br>**P.O. Box 3369**<br>**Oak Park, IL 60303-3369** | **Reinke Gypsum Supply Co., Inc.**<br>**P.O. Box 3369**<br>**Oak Park, IL 60303-3369**<br>**847-297-4800** | **Trade debt** | | **171,105.40** |
| **Riggio/Boron Ltd.**<br>**2410 Millenium Drive**<br>**Elgin, IL 60123** | **Riggio/Boron Ltd.**<br>**2410 Millenium Drive**<br>**Elgin, IL 60123**<br>**847-531-5700** | **Trade debt** | | **268,079.85** |
| **SeaBright Insurance Co.**<br>**161 N. Clark Street, Suite 3525**<br>**Chicago, IL 60601** | **Scott Babcock**<br>**SeaBright Insurance Co.**<br>**161 N. Clark Street, Suite 3525**<br>**Chicago, IL 60601**<br>**888-782-6515** | **Trade debt** | | **26,828.00** |
| **U.S. Isulation Company**<br>**919 West Mulberry**<br>**Bloomington, IL 61701** | **U.S. Isulation Company**<br>**919 West Mulberry**<br>**Bloomington, IL 61701**<br>**309-829-9622** | **Trade debt** | | **57,327.30** |
| **Virmac Services/Architectural Comp**<br>**6912 Main Street**<br>**Suite 226**<br>**Downers Grove, IL 60516** | **Virmac Services/Architectural Comp**<br>**6912 Main Street Suite 226**<br>**Downers Grove, IL 60516**<br>**630-241-3825** | **Trade debt** | | **41,706.40** |
| **Westmont Interior Supply House**<br>**P.O. Box 298**<br>**Westmont, IL 60559-0296** | **Westmont Interior Supply House**<br>**P.O. Box 298**<br>**Westmont, IL 60559-0296**<br>**630-852-4600** | **Trade debt** | | **42,656.00** |
| **Zurich North America**<br>**1400 American Ln**<br>**Schaumburg, IL 60159** | **Zurich North America**<br>**1400 American Ln**<br>**Schaumburg, IL 60159**<br>**800-543-0923** | **Trade debt.** | | **176,898.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **William A. Duguid Company**                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **December 24, 2009**              Signature   **/s/ Matthew Duguid**
                                                      **Matthew Duguid**
                                                      **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

3 Form
2300 S. 2300 West
Salt Lake City, UT 84119


A Horn, Inc.
125 Harrison Street
Barrington, IL 60010


Addison Building Materials Co.
3201 Busse Road
Arlington Heights, IL 60005


ADT
P.O. BOX 9001076
Louisville, KY 40290-1076


Allstate Metal Fabricators, Inc.
365 Beinoris Drive
Wood Dale, IL 60191


American Express
Suite 0001
Chicago, IL 60679-0001


Amerigas
3501 Cicero Ave.
Cicero, IL 60804-4534


Architectural Louvers
266 West Mitchell Ave.
Cincinnati, OH 45232


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


Bade paper Products
667 Chadwick Drive
Wheeling, IL 60090


Belcorp Financial Services, Inc.
120 East Ogden Avenue
Hinsdale, IL 60521-3545

```
BP Amoco
P.O. Box 70887
Charlotte, NC 28272-0887


C.A. Riley Electric Construction
911 Lee Street
Elk Grove Village, IL 60007


Cardmember Service-Visa
P.O. Box 790408
Saint Louis, MO 63179-0408


Carpenter's Fringe Benefits Funds
P.O. Box 4001
Geneva, IL 60134-4001


Carquest Auto Parts Stores
P.O. Box 503628
Saint Louis, MO 63150-3626


Chicago Dist. Carpenters Trust Fd
P.O. Box 94432
Chicago, IL 60690


Chicago DW Fin. Apprentice Fund
P.O. Box 4001
Geneva, IL 60134


Chicago Flameproof
P.O. Box 94871
IL 60591-4871


Chicago Laborers Work Dues Fund
Department 4334
Carol Stream, IL 60122-4334


Chicago Paint & Dec. Scholarship Fd
c/o US Bank
P.O. Box 80962
Chicago, IL 60680-9062


Chicago Paint Decorating Pension Fd
c/o US Bank
P.O. Box 809062
Chicago, IL 60680-9062
```

```
Chicago Painting & Decorating Svg
c/o US Bank
P.O. Box 809062
Chicago, IL 60680-9082


Chicago Painting Decorating L.P.C.
c/o US Bank
P.O. Box 809062
Chicago, IL 60690-9062


Chicago Painting Decorating Welfare
c/o US Bank
P.O. Box 809062
Chicago, IL 60680-9062


Chicago Painting Decorating#14 Dues
c/o US Bank
P.O. Box 809062
Chicago, IL 60680-9082


Chicago Plastering Institute
13472 Collections Center
Chicago, IL 60693


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668


Conney Safety Products
P.O. Box 4457
Madison, WI 53744-4575


Contract Account Systems Corp.
208 N. Washington Street
Naperville, IL 60540-4514


Contractors Adjustment Co.
570 Lake COok Road
Suite 305
Deerfield, IL 60015


Cook County Collector Bldg & Zoning
Contractor Registration
69 W. Washington St. #2830
Chicago, IL 60602
```

```
D/30 Defense Fund
P.O. Box 1503
Aurora, IL 60507-1503


D/30 Pension Fund
P.O. Box 1503
Aurora, IL 60507


D/30 Welfare Fund
P.O. Box 1503
Aurora, IL 60507-1503


Dee & Bee Fasteners
Dept. 20-7034
P.O. Box 5997
Carol Stream, IL 60197-5997


Disposal Management Systems
420 Cutters Mill Lane
Schaumburg, IL 60194


DuGuid Building Company LLC
415 Washington
Lake Forest, IL 60045


Dynamex, Inc.
12837 Collections Center Drive
Chicago, IL 60693


Edward Arndt
601 West Carboy Road
Mount Prospect, IL 60056


Enwaste Environmental Waste Disp
26137 S. Ridgeland Ave.
Monee, IL 60449


Exxonmobil
P.O. Box 4575
Carol Stream, IL 60197-4575


Federal Express Corporation
P.O. Box 94515
Palatine, IL 60094-4515
```

```
Fleet Services-Marathon
P.O. Box 6293
Carol Stream, IL 60197-6293


Fleetone, LLC Road Ranger
Mac30425
P.O. Box 415000
Nashville, TN 37241-5000


Friedricksen & Son Fire Equipment
3352 Solutions Center
Chicago, IL 60677-3003


Garvey's Office Products
P.O. Box 74044
Chicago, IL 60690-4044


Gatwood Crane Service, Inc.
2345 Hamilton Street
Arlington Heights, IL 60005


Grayhawk LLC
P.O. Box 12111
Lexington, KY 40580


Greta Ostenson
601 West Carboy Road
Mount Prospect, IL 60056


Gypsum DW Tapers Coop Trust Fund
c/o US Bank
P.O. Box 809062
Chicago, IL 60682-9062


Hilti, Inc.
P.O. Box 382002
Pittsburgh, PA 15250-8002


IBPAT Labor Management Fund
P.O. Box 79125
Baltimore, MD 21279-0128


Illinois American Water Co.
P.O. Box 94551
Palatine, IL 60094-4551
```

```
KRW Consulting Group, LLC
1881 Commerce Dr
Elk Grove Village, IL 60007


Laborers Nat Pension & Welfare Fund
P.O. Box 803415
Dallas, TX 75380-3415


Lowes Business Account
P.O. Box 530970
Atlanta, GA 30353-0970


Master Brew Beverages
P.O. Box 1508
Northbrook, IL 60065-1508


Matthew Duguid
601 West Carboy Road
Mount Prospect, IL 60056


McMaster Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680


Menards HSBC Business Solutions
P.O. Box 5219
Carol Stream, IL 60197-5219


N.I. Industry Fund
P.O. Box 1503
Aurora, IL 60507-1503


N.I.P. & D.J.A & T Fund
P.O. Box 1503
Aurora, IL 60507-1503


National Lift Truck, Inc.
Dept 20-3016
P.O. Box 5977
Carol Stream, IL 60197-5977


Nawkaw Midwest, Inc.
4n374 84th Court
Hanover Park, IL 60133-9215
```

```
Nexgen Building Supply
P.O. Box 809341
Chicago, IL 60680-9341


NIEW Legal Partners, P.C.
600 Hunter Drive
Suite 310
Oak Brook, IL 60523


Northbrook Conntractor Supply
3925 Commercial Ave.
Northbrook, IL 60062


Olson Roofing Co.
750 S Lake Street
Aurora, IL 60507-1450


P.R.- 2 Blurprint Inc.
5100 Newport DDrive
Suite 1
Rolling Meadows, IL 60008


Painters DC 30
P.O. Box 1503
Aurora, IL 60507-1503


PDC 30 LMIDF
P.O. Box 1503
Aurora, IL 60507-1503


Pro Fasteneing Systems
44 East University Drive
Arlington Heights, IL 60004-1802


Ramm Brick & Supply
225 Industrial Drive
Suite 9
Hampshire, IL 60140


Reinke Gypsum Supply Co., Inc.
P.O. Box 3369
Oak Park, IL 60303-3369
```

```
Reinke Interior Supply Co.
P.O. Box 3369
Oak Park, IL 60303-3369


Richard J. Remaz
578 jenna Drive
South Elgin, IL 60177


Riggio/Boron Ltd.
2410 Millenium Drive
Elgin, IL 60123


RSC Equipment Rental
P.O. Box 840514
Dallas, TX 75284-0514


SeaBright Insurance Co.
161 N. Clark Street, Suite 3525
Chicago, IL 60601


Sebert Landscaping Co.
Dept CH 17657
Palatine, IL 60055-7657


Secretary of State Illinois
501 S. 2nd Street
Room 591
Springfield, IL 62756-7200


Secure Tool & Fasteners, Co.
1214 Capital Drive
Unit 6
Addison, IL 60101


Shell Oil Co.
P.O. Box 183019
Columbus, OH 43218-3019


Sound Billing LLC
P.O. Box 620130
Middleton, WI 53562


Specialty Products and Insulation
W3625
Philadelphia, PA 19175-3625
```

```
Sprint
P.O. Box 4181
Carol Stream, IL 60197-4181


Starmark
75 Remittance Drive
Suite 3087
Chicago, IL 60675-3087


Terrace Supply Co.
P.O. Box 5022
Villa Park, IL 60181-5022


The Home Depot CRC
P.O. Box 6029
The Lakes, NV 88901-6029


U.S. Isulation Company
919 West Mulberry
Bloomington, IL 61701


United States Treasury
PO Box 21126
Philadelphia, PA 19114-0326


Village of Mount Prospect IL
50 S. Emerson Street
Mount Prospect, IL 60056


Virmac Services, Inc.
6912 Main Street
Suite 226
Downers Grove, IL 60516


Virmac Services/Architectural Comp
6912 Main Street
Suite 226
Downers Grove, IL 60516


Virmac Services/Westmont
6912 Main Street
Suite 226
Downers Grove, IL 60516
```

```
Way-Ken Contractors Supply Co.
4640 W. Belmont Ave.
Chicago, IL 60641-4422


Westmont Interior Supply House
P.O. Box 298
Westmont, IL 60559-0296


White Cap Construction Supply
9950 S. 134th Street
Omaha, NE 68136-6199


Willis of Illlinois, Inc.
39302 Treasury Center
Chicago, IL 60694


Wm J. Matthews, Inc.
215 North Laflin Street
Chicago, IL 60607-1407


Zurich North America
1400 American Ln
Schaumburg, IL 60159
```