UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: William A. Duguid Co. | ) | Chapter 11 |
| | ) | No. 09 B 48756 |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | Hearing Date: 3/2/2010 |
| | ) | Hearing Time: 9:30 a.m. |

**FINAL CASH COLLATERAL ORDER AND ADEQUATE PROTECTION ORDER**

This matter having come before the Court on the Debtor's motion for interim use of cash collateral (the "Cash Collateral Motion") filed on January 11, 2010, and on January 19, 2010 the Court having entered an interim order granting the Cash Collateral Motion pursuant to which, the Debtor was authorized to use the cash collateral of Belcorp Financial Services, Inc. ("Belcorp") until a final cash collateral hearing which was held on February 23, 2010, the Court having reviewed the record and having heard arguments or counsel at the hearing before the Court, and it further appearing that no objections having been filed or any timely objections being hereby overruled, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED THAT:

1. This Court has jurisdiction over this matter pursuant to 28 USC § 157 and 1334. Venue of the Debtor's case and this Motion is proper pursuant to 28 USC § 1408 and 1409. This matter constitutes a core proceeding under 28 USC § 157(b)(2)(A).

2. Based on the Debtor's allegations set forth in the Cash Collateral Motion, good cause has been shown for the entry of this Order. The entry of this Order is in the best interests of the Debtor's creditors and its Estate. The terms of this Order, including the terms of the use of Belcorp's cash collateral ("Cash Collateral"), as defined in the Bankruptcy Code are fair under the circumstances.

3. The Debtor is hereby authorized to use Cash Collateral only in accordance with this Order from January 19, 2010 to March 31, 2010 in accordance with the budget attached to the interim order and from March 1, 2010 to March 31, 2010 in accordance with the budget attached hereto as **Exhibit 1** only to the extent that such use is expressly consented to by Belcorp. If the Debtor wishes to use Cash Collateral in excess of the amounts specified in the budget, the Debtor must obtain written approval from Belcorp.

4. As adequate protection for the use of Cash Collateral, Belcorp is granted a replacement lien (the "Replacement Lien") on all of the Debtor's assets to the extent of the Debtor's use of Cash Collateral and any diminution of the value of the Debtor's assets.

5. The Replacement Lien granted by this Order shall be deemed effective, valid and perfected as of the Petition Date without the necessity of the filing or lodging by or with any entity of any documents or instruments otherwise required to be filed or lodged under applicable non-bankruptcy law. This Order shall be deemed to be a security agreement for purposes of creation, attachment and perfection of the Replacement Lien on and the security interests in, to and against the post-petition collateral.

Dated: _March 2_, 2010

ENTER: _J. Cox_

Bankruptcy Judge